IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER-LOREN JONES,** | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION NO. 23-CV-4688** |
| v. | : | |
| | : | |
| **CHARLES L. LUMPKIN, JR.,** | : | |
| Defendant. | : | |
| :::::::::::::::::::::::::::::::::::::::::::::::::::::::::: | | |
| **CHRISTOPHER-LOREN JONES,** | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION NO. 23-CV-4644** |
| v. | : | |
| | : | |
| **CHARLES L. LUMPKIN, JR.,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 22nd day of December, 2023, upon consideration of Plaintiff Christopher-Loren Jones's Motions to Proceed *In Forma Pauperis* (No. 23-4688, ECF No. 1; No. 23-4644), *pro se* Complaints (No. 23-4688, ECF No. 2; No. 23-4644, ECF No. 2), and Emergency Motion for Temporary Injunctive Relief Pending Adjudication (No. 23-4644, ECF No. 9) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaints are **DEEMED** filed.

3. The Complaints are **DISMISSED** in part **WITH PREJUDICE** and in part **WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum, as follows:

   a. All federal claims are **DISMISSED WITH PREJUDICE**.

2

      b.  All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4.    The Emergency Motion for Temporary Injunctive Relief Pending Adjudication (Case No. 23-4644, ECF No. 9) is **DENIED**.

5.    The Clerk of Court is **DIRECTED** to **CLOSE** these cases.

                              **BY THE COURT:**

                              /s/ Hon. Kelley B. Hodge

                              **KELLEY BRISBON HODGE, J.**